Majestic Process 1008 North Lakeside Drive, Lake Worth, Florida 33460  561 533-0330

Return of Service

Case No: 9:16 cv 80009 BB      Court: United States District, Southern Florida

Plaintiff: VOLSTAR TECHNOLOGIES, INC.

Defendant: BIZ TO BIZ DIRECT, INC. d/b/a
BBD MOBILE ACCESSORIES

Hearing Date: 21 days
Process: Summons, Complaint for Patent Infringement, Exhibits
Pl's 1st Interrogatories to Def,
PL's 1st Request for Production of Documents
For: Jerold I Schneider, Esq.
Schneider Rothman IP Law Group PLLC

TO BE SERVED ON:     BIZ TO BIZ DIRECT, INC.
c/o Registered Agent Kamal Alnaji
16441 NW 12 Street, Pembroke Pines, Fl 33028

Majestic Process received this process on January 14, 2016 at 12:30 p.m.

I, __JEFF LANG__, executed service on __2/3__ 20__16__.
at __4:05__ am/(pm)
I delivered a copy of this process in accordance with state statutes in the manner below:

__X__ CORPORATE SERVICE: Served __Ahmed Sadoua__ as __Manager__

____ NON SERVICE: For the reasons in the comments below.

DESCRIPTION: sex __M__ age __40__ race __W__ height __5'10__ weight __175__ hair __Black__
eyes __Hzl__ other marks _____

COMMENTS: Served at Corporate Principle Address, 4940 NW 165 St apt 70, Miami Gardens
Could not make contact with Registered Agent. Attempted on 1/22/16 at 10am
1/25/16 at 3:50pm + 1/28/16 at 11am.

I certify that I am over the age of 18, have no interest in the above action, and have proper authority in the jurisdiction in which this service was made. Under penalty of perjury, I declare that the facts set forth in the foregoing Return of Service are true and correct.

Process Server # __0673__
In Good Standing in the __11__ th
Circuit Court, Florida

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| VOLTSTAR TECHNOLOGIES, INC., an Illinois corporation <br><br> *Plaintiff(s)* <br> v. <br> BIZ TO BIZ DIRECT, INC. d/b/a BBD MOBILE ACCESSORIES, a Florida corporation <br><br> *Defendant(s)* | Civil Action No. 9:16-cv-80009 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BIZ TO BIZ DIRECT, INC.          or    BIZ TO BIZ DIRECT, INC.
4960 NW 165 Street, B-25                KAMAL ALNAJI, Registered Agent
Miami Gardens, FL  33014                16441 NW 12th Street
                                        Pembroke Pines, FL  33028

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jerold I. Schneider, Esq.
Schneider Rothman Intellectual Property Law Group, PLLC
4561 North Federal Highway
Boca Raton, FL  33431
561.404.4350 - Telephone
561.404.4353 - Facsimile

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____01/13/2016_____



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ C. Barnes-Butler
Deputy Clerk
U.S. District Courts