**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**Case Number: 9:16-cv-80009-BB**

VOLTSTAR TECHNOLOGIES, INC.,

Plaintiff,

v.

BIZ TO BIZ DIRECT, INC.,

Defendant.

---

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff VOLTSTAR TECHNOLOGIES, INC., by and through its undersigned counsel, hereby voluntarily dismisses the instant action against Defendant BIZ TO BIZ DIRECT, INC., with prejudice, with each party to bear its own costs.

DATED: March 8, 2016

Respectfully submitted,

*/s/ Jerold I. Schneider*

JEROLD I. SCHNEIDER
Florida Bar Number 26975
jerold.schneider@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number 98220
joel.rothman@sriplaw.com
DIANA F. MEDEROS
Florida Bar Number 99881
diana.mederos@sriplaw.com

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 North Federal Highway
Boca Raton, Florida 33431
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff Voltstar Technologies, Inc.*